IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Andrea McKinley, | Civil Action No. 3:21-cv-241 |
| Plaintiff, | **NOTICE OF REMOVAL** |
| v. | |
| UBS Financial Services, Inc., | |
| Defendant. | |

EXHIBIT A

| STATE OF NORTH CAROLINA | File No. 21 CVS 5376 |
|---|---|
| Mecklenburg County | In The General Court Of Justice<br>☐ District ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| Andrea McKinley | **APPLICATION AND ORDER**<br>**EXTENDING TIME TO**<br>**FILE COMPLAINT** |
| VERSUS | |
| Name Of Defendant | |
| UBS Financial Services, Inc. | G.S. 1A-1, Rule 3 |

FILED 2021 APR -5 P 4:17 MECKLENBURG C... C.S.C. BY

## APPLICATION

The undersigned requests permission to file a complaint in this action within twenty (20) days of any order granting this Application, as provided in Rule 3 of the Rules of Civil Procedure. The nature and purpose of the action are:

**Name And Purpose Of The Action**

for failure to accommodate and discrimination based on disability, pursuant to the Americans with Disabilities Act of 1990, as amended, and for defamation, blacklisting in employment, and any related cause of action.

| Date | Signature | |
|---|---|---|
| 04-05-2021 | [signature] | ☐ Applicant<br>☒ Attorney For Applicant |

## ORDER

The Court states that the nature and purpose of this action are as set forth above.

Therefore, it is ORDERED that permission is granted to the applicant to file a complaint in this action up to and including the date shown below.

| File Complaint On Or Before | Date Of Order |
|---|---|
| 4-26-21 | 4-5-21 |
| (Date must be within 20 days of date of Order.) | Signature [signature]<br>☒ Assistant Clerk Of Superior Court ☐ Clerk Of Superior Court |

**NOTE:** *Under Rule 3 of the Rules of Civil Procedure, upon entry of this Order, a summons shall be issued and the summons and a copy of this Order must be served in accordance with the provisions of Rule 4. A complaint must be filed in this action within the period provided above and that complaint must be served in accordance with the provisions of Rule 4 or by registered mail if the plaintiff so elects. If a complaint is not filed within the above period, the action shall abate.*