IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Andrea McKinley,<br><br>    Plaintiff,<br><br>v.<br><br>UBS Financial Services, Inc.,<br><br>    Defendant. | Civil Action No. 3:21-cv-241<br><br>**NOTICE OF REMOVAL** |

EXHIBIT D

| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF MECKLENBURG | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br><br>CASE NO. 21 CVS 5376 |
| ANDREA MCKINLEY,<br><br>       Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES, INC.,<br><br>       Defendant. | **NOTICE OF FILING<br>NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant UBS Financial Services, Inc. has filed a Notice of Removal in the United States District Court for the Western District of North Carolina, Charlotte Division, in accordance with 28 U.S.C. §§ 1331, 1441, and 1446. A copy of the Notice of Removal is attached to this Notice as **Exhibit A**.

Pursuant 28 U.S.C. § 1446(d) and North Carolina Rule of Civil Procedure 12(a)(2), the filing of the Notice of Removal in the federal court and the filing of the attached copy of the Notice of Removal in this Court shall effect removal, and this Court shall proceed no further unless and until the federal court remands the matter.

Dated: May 21, 2021

/s/ Stephen D. Dellinger
Stephen D. Dellinger, Bar No. 16609
sdellinger@littler.com

LITTLER MENDELSON P.C.
Bank of America Corporate Center
100 North Tryon Street
Suite 4150
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Defendant*
*UBS Financial Services, Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, I served the foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** upon the following counsel of record via U.S. Mail, first class, proper postage affixed thereto and addressed as follows:

Eric Spengler, Esq.
Spengler Agans Bradley, PLLC
325 N. Caswell Road
Charlotte, NC 28204

*Attorney for Plaintiff*

/s/ Stephen D. Dellinger
Stephen D. Dellinger, Bar No. 16609
sdellinger@littler.com

LITTLER MENDELSON P.C.
Bank of America Corporate Center
100 North Tryon Street
Suite 4150
Charlotte, NC 28202
Telephone: 704.972.7000
Facsimile: 704.333.4005

*Attorneys for Defendant*
*UBS Financial Services, Inc.*

4810-9953-5594.1 / 094275-1014