# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-241-FDW-DCK

| | |
|---|---|
| ANDREA MCKINLEY, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UBS FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay All Proceedings" (Document No. 9) filed June 18, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the parties jointly move the Court for an Order staying all proceedings before this Court pending binding arbitration of Plaintiff's claims before the Financial Industry Regulatory Authority ("FINRA"). (Document No. 9, p. 1) (citing the Federal Arbitration Act, 9 U.S.C. § 3). The parties report that Plaintiff has "agreed to submit all her claims against Defendant to binding arbitration by filing a demand with FINRA," and that "Defendant has stipulated and agreed that FINRA has jurisdiction over all of Plaintiff's claims in her Amended Complaint." (Document No. 9, p. 2).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay All Proceedings" (Document No. 9) is **GRANTED**. Based on the parties' arguments and cited authority, this matter is **STAYED** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that "Defendant's Withdrawal of Its Motion to Stay Matter and Compel Arbitration" (Document No. 10) is **GRANTED** and "Defendant's Motion to Stay Matter and Compel Arbitration" (Document No. 6) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that the parties shall file a **Status Report** on **September 10, 2021**, and **every ninety (90) days thereafter**, until this action is dismissed or the Court otherwise orders.

**SO ORDERED.**

Signed: June 21, 2021

David C. Keesler
United States Magistrate Judge