**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| Andrea McKinley, | Civil Action No. 3:21-cv-241 |
| Plaintiff, | |
| v. | **STATUS REPORT** |
| UBS Financial Services, Inc., | |
| Defendant. | |

NOW COMES Plaintiff Andrea McKinley ("McKinley"), pursuant to this Court's Order dated June 21, 2021. The Order stayed the proceedings to allow the parties to proceed with binding arbitration before the Financial Industry Regulatory Authority ("FINRA") and required the parties to file a status report every 90 days.

Since this Court's Order, McKinley caused to be filed a Statement of Claim with FINRA on August 26, 2021, captioned *Andrea Jennifer McKinley v. UBS Financial Services, Inc.* (21-02205). The Statement of Claim was served on UBS Financial Services, Inc. ("UBS") on September 7, 2021, and the deadline for UBS's Statement of Answer is October 27, 2021.

Dated: September 10, 2021

Respectfully submitted,

*/s/ Eric Spengler*
Eric Spengler, Bar No. 47165
eric@sab.law
SPENGLER AGANS BRADLEY, PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
Telephone: (704) 910-5469
Facsimile: (704) 730-7861

*Attorney for Plaintiff*