IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Andrea McKinley,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UBS Financial Services, Inc.,<br><br>　　　　Defendant. | Civil Action No. 3:21-cv-241<br><br>**STATUS REPORT** |

NOW COMES Plaintiff Andrea McKinley ("McKinley"), pursuant to this Court's Order dated June 21, 2021 (ECF No. 11), which stayed the proceedings to allow the parties to proceed with binding arbitration before the Financial Industry Regulatory Authority ("FINRA"). The Order requires the parties to file periodic status reports.

Since the last Status Report (ECF No. 18), the parties have continued to engage in written discovery and motions practice. A pre-hearing conference is scheduled for March 10, 2023, and the matter is currently scheduled for a contested hearing before a FINRA arbitration panel the week of March 27, 2023.

Dated: March 6, 2023.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Eric Spengler
　　　　　　　　　　　　　　　　　　Eric Spengler, Bar No. 47165
　　　　　　　　　　　　　　　　　　eric@sab.law
　　　　　　　　　　　　　　　　　　SPENGLER AGANS BRADLEY, PLLC
　　　　　　　　　　　　　　　　　　352 N. Caswell Rd.
　　　　　　　　　　　　　　　　　　Charlotte, NC 28204
　　　　　　　　　　　　　　　　　　Telephone: (704) 910-5469
　　　　　　　　　　　　　　　　　　Facsimile: (704) 730-7861

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*